IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALICIA RUDDELL and PATRICK RUDDELL, individually and as husband and wife,<br>      Plaintiffs,<br>  v.<br><br>YRC INC., d/b/a YRC Freight, and GOLDEN DESIGNS, INC.,<br>      Defendants.<br><br>GOLDEN DESIGNS, INC.,<br>      Third-Party Plaintiff,<br>  v.<br><br>PATRICK RUDDELL,<br>      Third-Party Defendant. | C.A. No. 5:17-cv-1405<br><br>Hon. Joseph F. Leeson, Jr. |

### PLAINTIFFS, ALICIA RUDDELL AND PATRICK RUDDELL'S, ANSWER IN OPPOSITION TO GOLDEN DESIGNS, INC.'S MOTION FOR SUMMARY JUDGMENT

Plaintiff/Third-Party Defendant, Patrick Ruddell, having received notice of the Defendant, Golden Designs, Inc.'s, Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56(a) seeking to dismiss Plaintiff's claims for strict product liability, breach of implied warranty and negligence hereby files this response in opposition thereto.

Plaintiff, Patrick Ruddell, (hereinafter referred to as "Plaintiff" and/or "Patrick Ruddell"), by and through his attorney, Jeremy Z. Mittman, Esquire, hereby responds to defendant, Golden Design, Inc.'s, Motion for Summary Judgment by incorporating by reference Plaintiffs, Patrick Ruddell and Alicia Ruddell's, response filed on January 31, 2018 (Document No. 48), inclusive of the Response in Opposition to Motion for Summary Judgment, Answer to the Defendant, Golden Designs, Inc.'s,

Concise Statement of Uncontested Material Facts, Brief in Opposition to Defendant's Motion for Summary Judgment and the Exhibits attached and incorporated thereto.

WHEREFORE, Plaintiff, Patrick Ruddell, respectfully requests that Defendant, Golden Designs' Motion for Summary Judgment be denied and Judgment be entered in his favor against the Defendants, Golden Designs, Inc. inclusive of interest and costs on this Count.

Respectfully Submitted,

LAW OFFICES OF JEREMY Z. MITTMAN

BY: _____
Jeremy Z. Mittman, Esquire
PA. ID. 72985
593 Bethlehem Pike; Suite 10
Montgomeryville, PA 18936
E-mail: JZMittman@gmail.com
Phone: 218-822-9004
Fax: 267-552-6130
*Attorney for Patrick Ruddell, Third-Party Defendant*