IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALICIA RUDDELL and PATRICK RUDDELL, individually and as husband and wife,<br><br>      Plaintiffs,<br>v.<br><br>YRC INC., d/b/a YRC Freight, and GOLDEN DESIGNS, INC.,<br>      Defendants.<br><br>GOLDEN DESIGNS, INC.,<br><br>      Third-Party Plaintiff,<br>v.<br><br>PATRICK RUDDELL,<br><br>      Third-Party Defendant. | C.A. No. 5:17-cv-1405<br><br>Hon. Joseph F. Leeson, Jr. |

## RULE 41(a) STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW, Come the parties to the above-captioned action, by and through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate and agree to this dismissal, with prejudice, of each of the claims, cross-claims and third-party claims in the above-captioned action.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Stuart A. Carpey, Esquire
Carpey Law, P.C.
100 West Elm Street, Suite 310
Conshohocken, PA 19428
E-mail: scarpey@carpeylaw.com
(215) 525-1616
**Attorney for Plaintiffs**

Richard A. Wolfe, Esquire
Tabakin Wolfe, LLP
Plymouth Greene Office Complex
1000 Germantown Pike, B-3
Plymouth, PA 19462
E-mail: rich@twlegal.net
(215) 525-1616
**Attorneys for Plaintiffs**

Jeremy Z. Mittman, Esquire
Law Offices of Jeremy Z. Mittman
593 Bethlehem Pike; Suite 10
Montgomeryville, PA 18936
E-mail: JZMittman@gmail.com
**Attorney for Patrick Ruddell, Third-Party Defendant**

Anthony J. Rash, Esquire
Dickie, McCamey & Chilcote, P.C.
Two PPG Place – Suite 400
Pittsburgh, PA 15222
E-mail: arash@dmclaw.com
(412) 392-5222
**Attorneys for YRC Inc.**

Robert J. Cosgrove, Esquire
Wade, Clark, Mulcahy, LLP
1515 Market Street, Suite 2050
Philadelphia, PA 19102
E-mail: rcosgrove@wcmlaw.com
(267) 239-5526
**Attorney for Golden Designs, Inc.**

2